IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEHAN ZEB MIR,<br><br>                      Plaintiff,<br>v.<br><br>BRUCE ALAN BROD, M.D., et al.,<br><br>                      Defendants. | CIVIL ACTION<br>NO. 2:17-cv-04956 |

### ORDER

**AND NOW**, this 2nd day of November 2022, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendants' Motions to Dismiss (Doc. Nos. 13, 30, 31, 36, 42), Plaintiff's Responses and Objections in Opposition to the Motions to Dismiss (Doc. Nos. 60-67), Defendants' Replies in Response to Plaintiff's Opposition (Doc. Nos. 69, 70, 72, 73, 76), and Plaintiff's and Defendants' Supplemental Arguments (Doc. Nos. 81-85), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Clerk of Court shall remove this case from the Suspense Docket and restore it to the Active Docket.

2. The Motions to Dismiss (Doc. Nos. 13, 30, 31, 36, 42) are **GRANTED**.

3. The Complaint is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court shall close this case for statistical purposes.

                                                BY THE COURT:

                                                /s/ Joel H. Slomsky
                                                JOEL H. SLOMSKY, J.